In the Matter of the Arbitration between LOUIS COOPER HATS, INC., Appellant, and MOREY KADIS et al., Respondents.

Argued May 31, 1955; decided July 8, 1955.

*Benjamin Cooper* for appellant.
*Julius Haimowitz* for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.